IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-00565-REB-MJW

TIMOTHY D. KNIGHT,

Plaintiff(s),

v.

THE STATE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN
IN THE STATE OF COLORADO,
STEPHEN PINGREE, in his individual capacity,
LAURA LAUBHAN, in her individual capacity, and,
BRIAN PETTET, in his individual capacity,

Defendants.

---

MINUTE ORDER

---

It is hereby ORDERED that the Unopposed Motion to Correct and Amend Caption, DN 13, filed with the Court on May 19, 2011, is GRANTED.  The case caption is changed to reflect the following caption and shall be used on all future filings in this matter:

**"TIMOTHY D. KNIGHT,**

**Plaintiff(s),**

**v.**

**THE STATE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN IN THE STATE OF COLORADO,
STEPHEN PINGREE, in his individual capacity,
LAURA LAUBHAN, in her individual capacity, and,
BRIAN PETTET, in his individual capacity,**

**Defendant(s),"**

Date:  May 20, 2011