**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00565-REB-MJW

TIMOTHY D. KNIGHT,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN OF THE STATE OF COLORADO,
LAURA LAUBAN, in her individual capacity, and
BRIAN PETTET, in his individual capacity,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*. On May 31, 2011, the **Defendant Pingree's Motion to Dismiss** [#22][2] was filed. Pursuant to REB Civ. Practice Standard V.B.1., motions to dismiss shall not exceed fifteen pages.

    **THEREFORE, IT IS ORDERED** that **Defendant Pingree's Motion to Dismiss** [#22] filed May 31, 2011, is **STRICKEN**.

    Dated: June 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.