IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-00565-REB-MJW

TIMOTHY D. KNIGHT,

Plaintiff(s),

v.

THE STATE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN IN THE STATE OF COLORADO,
STEPHEN PINGREE, in his individual capacity,
LAURA LAUBHAN, in her individual capacity, and,
BRIAN PETTET, in his individual capacity,

Defendants.

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 41) is GRANTED finding good cause shown. The written Stipulated Protective Order Concerning Confidential Information (docket nol. 41-1) is APPROVED as amended in paragraphs 12 and 13 and made an Order of Court.

Date: August 1, 2011