IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00565-REB-MJW

TIMOTHY D. KNIGHT,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN OF THE STATE OF COLORADO,
STEPHEN PINGREE, in his individual capacity,
LAURA LAUBHAN, in her individual capacity, and
BRIAN PETTET, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Leave to File Amended Complaint (Docket No. 31), to which no opposition was filed, is granted, and the tendered Amended Complaint and Demand for Jury Trial (Docket No. 31-1) is accepted for filing as of the date of this Minute Order.

Date: August 3, 2011