IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00565-REB-MJW

TIMOTHY D. KNIGHT,

Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN OF THE STATE OF COLORADO,
STEPHEN PINEGREE,
LAURA LAUBHAN, and
BRIAN PETTET,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Joint Motion for Amendment to Scheduling Order to Extend Time to Designate Expert and Rebuttal Witnesses (docket no. 47) is GRANTED finding good cause shown.  The deadline to disclose experts is extended to October 21, 2011.  The deadline to disclose rebuttal experts is extended to November 21, 2011.  The Rule 16 Scheduling Order (DN 27)  is amended consistent with this minute order.

Date:   August 11, 2011